UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

BILLIE J. SWEET RAIN SHEEHY, et al.,

                      Plaintiffs,

                                                                      ORDER
            v.                                                             06-CV-66A

MIKE JOHANNS, Secretary of
Agriculture, et al.,

                      Defendants.

---

        The above-referenced case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1)(B). On September 12, 2006, Magistrate Judge Scott filed a Report and Recommendation, recommending that the claims of the infant petitioners in this action be dismissed without prejudice pending either retaining legal counsel to represent them or their achieving the age of majority.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Scott's Report and Recommendation, the claims of the infant petitioners in this action are dismissed without prejudice pending either retaining legal counsel to represent them or their achieving the age of majority.

        This case is referred back to Magistrate Judge Scott for further proceedings.

IT IS SO ORDERED.

/s/ Richard J. Arcara
HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATED: October 3, 2006